IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GAS 'N SHOP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3018 |
| | ) | |
| v. | ) | |
| | ) | |
| CONOCOPHILLIPS COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion for leave to file Third-Party Complaint, filing 13, is granted. The Third-Party Complaint shall be filed forthwith.

DATED this 26th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge