```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

GAS 'N SHOP, INC.,              )
     Plaintiff,                 )
                                )            4:07CV3018
     v.                         )
                                )
CONOCOPHILLIPS COMPANY,         )
     Defendant.                 )            ORDER


CONOCOPHILLIPS COMPANY,         )
     Defendant/                 )
     Counter-Plaintiff          )
                                )
     v.                         )
                                )
GAS 'N SHOP, INC.,              )
     Plaintiff/                 )
     Counter-Defendant          )


CONOCOPHILLIPS COMPANY,         )
     Third-Party Plaintiff,     )
                                )
     v.                         )
                                )
CASEY'S GENERAL STORES, INC.    )
and CASEY'S RETAIL COMPANY,     )
     Third-Party Defendants.    )
```

Following a telephone conference with counsel,

IT IS ORDERED:

The Rule 16 telephone planning is continued from today to July 27, 2007 at 3:00 p.m. for the reason that there has been no appearance by the third party defendant.

Plaintiff's counsel shall initiate the call.

DATED this 11th day of June, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge