```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

GAS 'N SHOP, INC.,                  )
     Plaintiff,                     )
                                    )              4:07CV3018
          v.                        )
                                    )
CONOCOPHILLIPS COMPANY,             )
     Defendant.                     )              ORDER


CONOCOPHILLIPS COMPANY,             )
     Defendant/                     )
     Counter-Plaintiff              )
                                    )
          v.                        )
                                    )
GAS 'N SHOP, INC.,                  )
     Plaintiff/                     )
     Counter-Defendant              )


CONOCOPHILLIPS COMPANY,             )
     Third-Party Plaintiff,         )
                                    )
          v.                        )
                                    )
CASEY'S GENERAL STORES, INC.        )
and CASEY'S RETAIL COMPANY,         )
     Third-Party Defendants.        )
```

IT IS ORDERED:

Defendant ConocoPhillips Company's motion, filing 19, to file Amended Answer, Affirmative Defenses and Counterclaim is granted and the same shall be filed forthwith.

DATED June 25, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge