```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

GAS 'N SHOP, INC.,                  )
     Plaintiff,                     )
                                    )              4:07CV3018
          v.                        )
                                    )
CONOCOPHILLIPS COMPANY,             )
     Defendant.                     )              ORDER


CONOCOPHILLIPS COMPANY,             )
     Defendant/                     )
     Counter-Plaintiff              )
                                    )
          v.                        )
                                    )
GAS 'N SHOP, INC.,                  )
     Plaintiff/                     )
     Counter-Defendant              )


CONOCOPHILLIPS COMPANY,             )
     Third-Party Plaintiff,         )
                                    )
          v.                        )
                                    )
CASEY'S GENERAL STORES, INC.        )
and CASEY'S RETAIL COMPANY,         )
     Third-Party Defendants.        )
```

On the court's own motion,

IT IS ORDERED:

The time of the telephone planning conference on July 27, 2007 is changed from 3:00 p.m. to 9:00 a.m.  Plaintiff's counsel shall initiate the call.

DATED July 26, 2007.

                                                BY THE COURT:

                                          s/ *David L. Piester*
                                          David L. Piester
                                          United States Magistrate Judge