IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GAS 'N SHOP, INC., <br>     Plaintiff, <br><br>     v. <br><br> CONOCOPHILLIPS COMPANY, <br>     Defendant. | 4:07CV3018 <br><br><br><br><br> ORDER |
| CONOCOPHILLIPS COMPANY, <br>     Defendant/ <br>     Counter-Plaintiff <br><br>     v. <br><br> GAS 'N SHOP, INC., <br>     Plaintiff/ <br>     Counter-Defendant | |
| CONOCOPHILLIPS COMPANY, <br>     Third-Party Plaintiff, <br><br>     v. <br><br> CASEY'S GENERAL STORES, INC. <br> and CASEY'S RETAIL COMPANY, <br>     Third-Party Defendants. | |

IT IS ORDERED:

The parties' agreed motion, filing 26, to amend the progression order is granted, and

1. ConocoPhillips filed its response to Casey's motion to dismiss the Third Party Complaint on August 14, 2007 and the response is deemed timely filed.

2. Casey's is given to August 31, 2007 to file its reply in support of its motion to dismiss .

DATED August 15, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge