IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GAS 'N SHOP, INC.,           Plaintiff and Counter-Defendant, </br>v. </br></br>CONOCOPHILLIPS COMPANY,           Defendant, Counter-Plaintiff,           and Third-Party Plaintiff, </br>v. </br></br>LARRY W. COFFEY,           Counter-Defendant, </br>and </br></br>CASEY'S GENERAL STORES, INC., and </br>CASEY'S RETAIL COMPANY,           Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 4:07CV3018 </br></br></br>**ORDER** |

IT IS ORDERED that Third-Party Defendants' motion for enlargement of time (filing 36) is granted, as follows:

1. The parties shall have until November 30, 2007, to file a joint stipulation for dismissal (or other dispositive stipulation).

2. In all other respects, the court's previous order (filing 34) shall remain unchanged, and this case (including all counterclaims and the like) may be dismissed without further notice for noncompliance with the order.

November 25, 2007.                    BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge